JOHN H. BRINK BAR NO. 28018
KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone:  (818) 242-6859
Facsimile:  (818) 240-7728

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>YOON Y. LEE,<br><br>          Defendant. | CASE NO.:  CV 12-2330<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, YOON Y. LEE, in the total amount of  $8,228.73.

Dated:  6/14/2012

TERRY NAFISI, CLERK
United States District Court
Central District of California


L. RAYFORD
By:  Deputy Clerk